UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX FRIEDECK,**<br><br>                    Plaintiff,<br><br>v.<br><br>**DATA TICKET, INC. DBA CITATION PROCESSING CENTER,**<br><br>                    Defendants. | Case No: 8:15-cv-00912-JVS-RAO<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. JAMES V. SELNA |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.  This court retains jurisdiction for purposes of settlement.

IT IS SO ORDERED.

Dated: July 23, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE